UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:09-cr-160-T-23TGW
                                                            8:10-cv-2036-T-23TGW

RANDY PETERSON
                                               /

**<u>ORDER</u>**

Under 28 U.S.C. § 2255, Peterson moves (Doc. 1) to vacate his sentence. Peterson has twice supplemented the motion. (Doc. 14 and 21) The district judge referred (Doc. 22) the motion to Magistrate Judge Thomas G. Wilson. After conducting an evidentiary hearing, the magistrate judge recommends denying the motion. Each party received a copy of the magistrate judge's report and recommendation. Peterson objects. (Doc. 37)

At the evidentiary hearing, conducted to determine whether Peterson directed his trial counsel to file a direct appeal, the magistrate judge credited testimony of trial counsel that Peterson decided not to appeal (a finding that is supported by counsel's contemporaneous letters to Peterson discussing their joint decision to attack a state conviction instead of appealing the federal conviction) and rejected Peterson's testimony that he directed counsel to appeal. The objections to the report and recommendation challenge the magistrate judge's credibility determination.

However, nothing about the magistrate judge's hearing, the issues, the content of the testimony, the reasonableness of the factual findings, or any other aspect of the report and recommendation raises a doubt about the correctness and reliability of the result delivered by this skilled, experienced, and discerning magistrate judge.

Peterson's objections (Doc. 37) to the report and recommendation (Doc. 32) are **DENIED**. The report and recommendation (Doc. 32) is **ADOPTED**. The motion to vacate sentence under Section 2255 (Doc. 1), as supplemented (Doc.14 and 21), is **DENIED**. The clerk must enter a judgment against Peterson and close this case.

ORDERED in Tampa, Florida, on September 29, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE